JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEVEN EBUENG,

    Plaintiff,

vs.

CREDIT ONE BANK, N.A., et al.,

    Defendants.

Case No.: 5:17-cv-01991-MWF-AS

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

Upon review of the Stipulation for Dismissal with Prejudice of Experian Information Solutions, Inc., filed by Plaintiff Steven Ebueng and Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**. The above entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc., only, with the parties to bear their own costs and attorney's fees. The Clerk shall terminate Defendant Experian Information Solutions, Inc. as a party in this action; and the Clerk of the Court shall remove Defendant Experian Information Solutions, Inc and its attorneys of record from receiving ECF Notifications.

Dated: April 27, 2018

_____
Honorable Michael W. Fitzgerald
United States District Judge