JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN EBUENG,<br><br>　　　　Plaintiff,<br>vs.<br>CREDIT ONE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.: 5:17-cv-01991-MWF-AS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CREDIT ONE BANK, N.A. ONLY** |

Upon review of the Stipulation for Dismissal with Prejudice of Credit One Bank, N.A., filed by Plaintiff Steven Ebueng and Defendant Credit One Bank, N.A., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**. The above entitled matter is hereby dismissed with prejudice as to Defendant Credit One Bank, N.A., only, with the parties to bear their own costs and attorney's fees. The Clerk shall terminate Defendant Credit One Bank, N.A. as a party in this action; and the Clerk of the Court shall remove Defendant Credit One Bank, N.A. and its attorneys of record from receiving ECF Notifications.

Dated: June 20, 2018

_____
Honorable Michael W. Fitzgerald
United States District Judge